UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---------------------------------------------------------------x
MALCOLM ROSENWALD,

        Plaintiff,

v.

LAURA S. UNGER, BENJAMIN R. CIVILETTI,
WILLIAM H. JEWS, JAMES H. BERICK,
MARY H. BOIES, BRUCE L. HAMMONDS,
RANDOLPH C. LERNER, STUART L.
MARKOWITZ, WILLIAM H. MILSTEAD and
THOMAS G. MURDOUGH, JR.,

        Defendants.

MBNA CORPORATION,

        Nominal Defendant.

---------------------------------------------------------------x

Civil Action No. _____

## CONSENT TO REMOVAL

Nominal defendant MBNA Corporation, by its undersigned attorneys, hereby consents to the Notice of Removal filed today by defendant Bruce L. Hammonds in the above-captioned matter and to the removal thereby of this action.

Dated: August 19, 2005

                                      Respectfully submitted,

                                      Troy A. Priest (Federal Bar # 12022)
                                      BROWN & SHEEHAN LLP
                                      The Tide Building, Suite 300
                                      1010 Hull Street
                                      Baltimore, Maryland 21230
                                      (410) 296-8500
                                      *Attorneys for Nominal Defendant*
                                        *MBNA Corporation*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2005, a copy of the foregoing Nominal Defendant MBNA America's Consent to Removal was sent via hand delivery to Charles J. Piven, Esquire, Marshall Perkins, The World Trade Center – Baltimore, Suite 2525, 401 East Pratt Street, Baltimore, Maryland 21202; via Federal Express overnight delivery to Irving Bizar, Esquire, Ballon Stoll Bader & Nadler, P.C., 1450 Broadway – 14th Floor, New York, New York 10018; and by first class mail, postage prepaid on Richard L. Brusca, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP, 1440 New York Avenue, N.W., Washington, D.C. 2005.

_____
Troy A. Priest