IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------------------x
MALCOLM ROSENWALD,

        Plaintiff,

   v.

LAURA S. UNGER, BENJAMIN R.
CIVILETTI, WILLIAM L. JEWS, JAMES H.
BERICK, MARY H. BOIES, BRUCE L.
HAMMONDS, RANDOLPH D. LERNER,
STUART L. MARKOWITZ, WILLIAM H.
MILSTEAD and THOMAS G. MURDOUGH,
JR.,

        Defendants.

MBNA CORPORATION,

        Nominal Defendant.

---------------------------------------------------------------x

Civil Action No. _____

## CONSENT TO REMOVAL

Defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Jr. and Laura S. Unger (collectively, the "Removing Defendants"), by their undersigned attorneys, hereby consent to the Notice of Removal filed today by defendant

Bruce L. Hammonds in the above-captioned matter and the removal thereby of this action.[1]

Dated: August 19, 2005

Respectfully submitted,

*/s/ Richard L. Brusca*

Richard L. Brusca, Esq. (#22930)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone (202) 371-7140
Fax (202) 393-5760
Rbrusca@skadden.com

Attorneys for Defendants
James H. Berick, Mary M. Boies,
Benjamin R. Civiletti, William L.
Jews, Randolph D. Lerner, Stuart L.
Markowitz, William B. Milstead,
Thomas G. Murdough, Jr. and Laura S.
Unger

---

[1] The Removing Defendants file this consent subject to, and without waiving, any objections to jurisdiction they may have. See, e.g., Morris & Co. v. Skandinavia Ins. Co., 279 U.S. 405, 409 (1929).

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on August 19, 2005, I caused a true copy of the foregoing *Consent to Removal* to be served by hand upon Marshall Perkins, Esq., The World Trade Center – Baltimore, Suite 2525, 401 East Pratt Street, Baltimore, Maryland 21202 and by Overnight Federal Express on Irving Bizar, Esq. of Ballon, Stoll, Bader & Nadler, P.C., 1450 Broadway, 14th Floor, New York, New York 10035.

Dated: Washington, D.C.
August 19, 2005

Richard L. Brusca