CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT OF SUMMONS

Case Number: 24-C-05-006704 OT
CIVIL

Malcolm Rosenwald vs Laura S Unger, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: MBNA CORPORATION
        300 East Lombard Street
        Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Malcolm Rosenwald
Derivatively On Behalf Of MBNA Corp
20 Craig Street
Jericho, NY 11753

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 07/14/05

Frank M. Conaway
Clerk, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.



# * * * SHERIFF'S RETURN * * * *

Case Number: 24-C-05-006704        Old Case Number:

Malcolm Rosenwald vs Laura S Unger, et al

To: MBNA CORPORATION
Event:                                                    Date/Time:

Sheriff fee:_____ By:_____

Served:_____

Time:_____ Date:_____

Unserved (Reason):_____

_____

Instructions to Private Process:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.