```
-----------------------------------------------------------x
MALCOLM ROSENWALD,                           :   IN THE
                                             :
                Plaintiff,                   :   CIRCUIT COURT
        v.                                   :
                                             :   FOR
LAURA S. UNGER, BENJAMIN R. CIVILETTI,       :
WILLIAM H. JEWS, JAMES H. BERICK,            :   BALTIMORE CITY
MARY H. BOIES, BRUCE L. HAMMONDS,            :
RANDOLPH C. LERNER, STUART L.                :
MARKOWITZ, WILLIAM H. MILSTEAD and           :   Case No. 24-C-05-006704
THOMAS G. MURDOUGH, JR.,                     :
                                             :
                Defendants.                  :
                                             :
MBNA CORPORATION,                            :
                                             :
                Nominal Defendant.           :
-----------------------------------------------------------x
```

## NOTICE OF FILING NOTICE OF
## REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), defendant Bruce L. Hammonds gives notice that he today filed a Notice of Removal (the "Notice"), removing this action from this Court to the United States District Court for the District of Maryland. A copy of the Notice is attached hereto as Exhibit 1. The filing of the Notice effects the removal of this action, and this Court may proceed no further in this matter unless and until this case is remanded. *See* 28 U.S.C. § 1446(d)

Dated: August 19, 2005

Respectfully submitted,

*[signature]*

Troy A. Priest
BROWN & SHEEHAN LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500

*Attorneys for Defendant
Bruce L. Hammonds*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2005, a copy of the foregoing Defendant Bruce L. Hammonds's Notice of Filing of Notice of Removal was sent via hand delivery to Charles J. Piven, Esquire, Marshall Perkins, The World Trade Center – Baltimore, Suite 2525, 401 East Pratt Street, Baltimore, Maryland 21202; via Federal Express overnight delivery to Irving Bizar, Esquire, Ballon Stoll Bader & Nadler, P.C., 1450 Broadway – 14th Floor, New York, New York 10018; and by first class mail, postage prepaid on Richard L. Brusca, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP, 1440 New York Avenue, N.W., Washington, D.C. 2005.

_____
Troy A. Priest