UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------ x
MALCOLM ROSENWALD,  :
  :
         Plaintiff,  :
  :
     v.  :
  :
LAURA S. UNGER, BENJAMIN R.  :
CIVILETTI, WILLIAM H. JEWS, JAMES  :
H. BERICK, MARY H. BOIES, BRUCE L.  :  Civil Action No. 05 CV 02296 CCB
HAMMONDS, RANDOLPH C. LERNER,  :
STUART L. MARKOWITZ, WILLIAM H.  :
MILSTEAD and THOMAS G.  :
MURDOUGH, JR.,  :
  :
         Defendants,  :
  :
MBNA CORPORATION,  :
  :
         Nominal Defendant.  :
  :
------------------------------------------------------------ x

**[PROPOSED] ORDER STAYING THIS ACTION PENDING
FINAL RESOLUTION OF TWO EARLIER-FILED CONSOLIDATED
<u>DERIVATIVE ACTIONS PENDING IN THE DISTRICT OF DELAWARE</u>**

       In the interests of economy of time and effort for itself, for counsel and for the litigants and in order to prevent potentially inconsistent results, the Court hereby orders that this action be stayed pending final resolution of two earlier-filed consolidated derivative actions now pending in the United States District Court for the District of Delaware—*Lemon Bay Partners LLP* v. *Hammonds*, No. 1:05-CV-00327-GMS (D. Del. filed May 25, 2005) and *Benoit* v. *Hammonds*, No. 1:05-CV-00361-GMS (D. Del. filed June 6, 2005).

                                                             SO ORDERED,

                                                            _____
                                                            Judge Catherine C. Blake
                                                           United States District Judge