## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

------------------------------------------------------------ x
MALCOLM ROSENWALD,                                            :
                                                              :
              Plaintiff,                               :
      v.                                                      :
                                                              :
LAURA S. UNGER, BENJAMIN R.                                   :
CIVILETTI, WILLIAM H. JEWS, JAMES                             :
H. BERICK, MARY H. BOIES, BRUCE L.                            :   Civil Action No. 05 CV 02296 CCB
HAMMONDS, RANDOLPH C. LERNER,                                 :
STUART L. MARKOWITZ, WILLIAM H.                               :
MILSTEAD and THOMAS G.                                        :
MURDOUGH, JR.,                                                :
                                                              :
              Defendants,                              :
                                                              :
MBNA CORPORATION,                                             :
                                                              :
              Nominal Defendant.                       :
------------------------------------------------------------ x

## [PROPOSED] ORDER TRANSFERRING THIS ACTION TO THE DISTRICT OF DELAWARE

In the interests of justice and to further the convenience of the parties and witnesses, the Court hereby orders that this action be transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

SO ORDERED,

_____
Judge Catherine C. Blake
United States District Judge