# EXHIBIT M

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00327-GMS

Lemon Bay Partners LLP v. Hammonds et al
Assigned to: Honorable Gregory M. Sleet
Related Cases: 1:05-cv-00272-GMS
                1:05-cv-00277-GMS
                1:05-cv-00287-GMS
                1:05-cv-00289-GMS
                1:05-cv-00293-GMS
                1:05-cv-00316-GMS
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 05/25/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Lemon Bay Partners LLP**     represented by    **A. Zachary Naylor**
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Email: zacharynaylor@chimicles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bruce L. Hammonds**     represented by    **Richard H. Morse**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: rmorse@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth A. Vecchione**     represented by    **Richard H. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard K. Struthers**     represented by    **Richard H. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

John R. Cochran, III      represented by **Richard H. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Lance L. Weaver      represented by **Richard H. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

MBNA Corp.
*Nominal Defendant*      represented by **Richard H. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

James H. Berick      represented by **Edward P. Welch**
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
Email: ewelch@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Mary M. Boies      represented by **Edward P. Welch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Charles C. Krulak      represented by **Richard H. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Benjamin R. Civiletti      represented by **Edward P. Welch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

William L. Jews      represented by **Edward P. Welch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Randolph D. Lerner                    represented by  **Edward P. Welch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
Stuart L. Markowitz                   represented by  **Edward P. Welch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
William B. Milstead                   represented by  **Edward P. Welch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
Thomas G. Murdough                    represented by  **Edward P. Welch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
Michael G. Rhodes                     represented by  **Richard H. Morse**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
John W. Scheflen                      represented by  **Richard H. Morse**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
Laura S. Unger                        represented by  **Edward P. Welch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2005 | 1 | COMPLAINT filed with Jury Demand against Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, MBNA Corp. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 139396.) - filed by Lemon Bay Partners LLP. (Attachments: # 1 Civil Cover Sheet)(mwm, ) Additional attachment(s) added on 5/26/2005 (mwm, ). (Entered: 05/26/2005) |

| 05/25/2005 | | Summons Issued as to Bruce L. Hammonds on 5/25/2005; Kenneth A. Vecchione on 5/25/2005; Richard K. Struthers on 5/25/2005; John R. Cochran, III on 5/25/2005; Lance L. Weaver on 5/25/2005; MBNA Corp. on 5/25/2005. (mwm, ) (Entered: 05/26/2005) |
|---|---|---|
| 06/01/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 06/01/2005) |
| 06/06/2005 | 2 | Return of Service Executed by Lemon Bay Partners LLP. MBNA Corp. served on 5/26/2005, answer due 6/15/2005. (Naylor, A.) (Entered: 06/06/2005) |
| 06/06/2005 | 3 | Return of Service Executed by Lemon Bay Partners LLP. Bruce L. Hammonds served on 6/1/2005, answer due 6/21/2005. (Naylor, A.) (Entered: 06/06/2005) |
| 06/06/2005 | 4 | Return of Service Executed by Lemon Bay Partners LLP. Lance L. Weaver served on 6/1/2005, answer due 6/21/2005. (Naylor, A.) (Entered: 06/06/2005) |
| 06/06/2005 | 5 | Return of Service Executed by Lemon Bay Partners LLP. John R. Cochran, III served on 6/1/2005, answer due 6/21/2005. (Naylor, A.) (Entered: 06/06/2005) |
| 06/06/2005 | 6 | Return of Service Executed by Lemon Bay Partners LLP. Richard K. Struthers served on 6/1/2005, answer due 6/21/2005. (Naylor, A.) (Entered: 06/06/2005) |
| 06/06/2005 | 7 | Return of Service Executed by Lemon Bay Partners LLP. Kenneth A. Vecchione served on 6/1/2005, answer due 6/21/2005. (Naylor, A.) (Entered: 06/06/2005) |
| 07/06/2005 | 8 | AMENDED COMPLAINT *Shareholder's Class and Derivative* against James H. Berick, Mary M. Boies, Charles C. Krulak, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Michael G. Rhodes, John W. Scheflen, Laura S. Unger, Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, MBNA Corp.- filed by Lemon Bay Partners LLP. (Attachments: # 1 Certificate of Service)(Naylor, A.) Additional attachment(s) added on 7/7/2005 (mmm, ). (Entered: 07/06/2005) |
| 07/07/2005 | 9 | Letter to April Walker, Courtroom Deputy, from Robert R. Morse, Esq. regarding Exhibit A to 8 Amended Complaint. (mmm) (Entered: 07/07/2005) |
| 07/12/2005 | 10 | NOTICE of Motion to Consolidate and Approval of the Law Offices of Curtis V. Trinko and Alfred G. Yates, Jr., as co-lead counsel. Motion filed in the United States District Court for the Southern District of New York. (Attachments: # 1 Certificate of Service) (mmm) (Entered: 07/13/2005) |
| 07/27/2005 | | Summons Issued as to James H. Berick on 7/27/2005; Mary M. Boies on 7/27/2005; Charles C. Krulak on 7/27/2005; Benjamin R. Civiletti on 7/27/2005; William L. Jews on 7/27/2005; Randolph D. Lerner on 7/27/2005; Stuart L. Markowitz on 7/27/2005; William B. Milstead |

| | | |
|---|---|---|
| | | on 7/27/2005; Michael G. Rhodes on 7/27/2005; John W. Scheflen on 7/27/2005; Laura S. Unger on 7/27/2005. (eew) (Entered: 07/27/2005) |
| 07/27/2005 | | Summons Issued as to Thomas G. Murdough on 7/27/2005. (rbe, ) (Entered: 07/27/2005) |
| 08/02/2005 | 11 | Return of Service Executed by Lemon Bay Partners LLP. Charles C. Krulak served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 12 | Return of Service Executed by Lemon Bay Partners LLP. Michael G. Rhodes served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 13 | Return of Service Executed by Lemon Bay Partners LLP. John W. Scheflen served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 14 | Return of Service Executed by Lemon Bay Partners LLP. James H. Berick served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 15 | Return of Service Executed by Lemon Bay Partners LLP. Mary M. Boies served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 16 | Return of Service Executed by Lemon Bay Partners LLP. Benjamin R. Civiletti served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 17 | Return of Service Executed by Lemon Bay Partners LLP. William L. Jews served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 18 | Return of Service Executed by Lemon Bay Partners LLP. Randolph D. Lerner served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 19 | Return of Service Executed by Lemon Bay Partners LLP. Stuart L. Markowitz served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 20 | Return of Service Executed by Lemon Bay Partners LLP. William B. Milstead served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 21 | Return of Service Executed by Lemon Bay Partners LLP. Laura S. Unger served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/02/2005 | 22 | Return of Service Executed by Lemon Bay Partners LLP. Thomas G. Murdough served on 7/28/2005, answer due 8/17/2005. (Davis, Robert) (Entered: 08/02/2005) |
| 08/16/2005 | 23 | Joint STIPULATION TO EXTEND TIME to respond to amended complaint to September 16, 2005 - filed by Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, |

| | | |
|---|---|---|
| | | Lance L. Weaver, MBNA Corp., Charles C. Krulak, Michael G. Rhodes, John W. Scheflen. (Morse, Richard) (Entered: 08/16/2005) |
| 08/16/2005 | 24 | Letter to The Honorable Gregory M. Sleet from Richard H. Morse regarding proposed Stipulated Scheduling Order re 23 Joint STIPULATION TO EXTEND TIME to respond to amended complaint to September 16, 2005. (Morse, Richard) (Entered: 08/16/2005) |
| 08/18/2005 | 25 | AFFIDAVIT of Robert R. Davis re 12 Return of Service Executed, 14 Return of Service Executed, 21 Return of Service Executed, 11 Return of Service Executed, 18 Return of Service Executed, 22 Return of Service Executed, 17 Return of Service Executed, 15 Return of Service Executed, 16 Return of Service Executed, 19 Return of Service Executed, 13 Return of Service Executed *Affidavit of Mailing* filed by Lemon Bay Partners LLP. (Attachments: # 1 Exhibit Exhibits A and B to Affidavit)(Davis, Robert) (Entered: 08/18/2005) |
| 08/18/2005 | 26 | MOTION for Pro Hac Vice Appearance of Attorney Richard C. Pepperman II - filed by Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, MBNA Corp., Michael G. Rhodes, John W. Scheflen. (Morse, Richard) (Entered: 08/18/2005) |
| 08/19/2005 | | SO ORDERED, re 26 MOTION for Pro Hac Vice Appearance of Attorney Richard C. Pepperman II filed by MBNA Corp., Richard K. Struthers, Bruce L. Hammonds, Kenneth A. Vecchione, John R. Cochran, III, Michael G. Rhodes, Lance L. Weaver, John W. Scheflen . Signed by Judge Gregory M. Sleet on 8/19/05. (asw ) (Entered: 08/19/2005) |
| 08/23/2005 | 27 | MOTION for Pro Hac Vice Appearance of Attorney Jay B. Kasner - filed by James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Laura S. Unger. (Attachments: # 1 Certification# 2 Certificate of Service)(Welch, Edward) (Entered: 08/23/2005) |
| 08/23/2005 | 28 | Joint STIPULATION Consolidating Actions and Appointing Co-Lead Counsel *and Proposed Order* by Lemon Bay Partners LLP, Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, MBNA Corp., James H. Berick, Mary M. Boies, Charles C. Krulak, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Michael G. Rhodes, John W. Scheflen, Laura S. Unger, Richard K. Struthers, Kenneth A. Vecchione, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger, Thomas G. Murdough, MBNA Corp., Donald F. Benoit, Bruce L. Hammonds, John R. Cochran, III. (Davis, Robert) (Entered: 08/23/2005) |
| 08/23/2005 | 29 | Letter to The Honorable Gregory M. Sleet from Robert R. Davis regarding proposed Stipulated Order Consolidating Actions and |

| | | |
|---|---|---|
| | | Appointing Co-Lead Counsel re 28 Stipulation,,,, 11 Stipulation,,,. (Davis, Robert) (Entered: 08/23/2005) |
| 08/23/2005 | | SO ORDERED, re 23 Joint STIPULATION TO EXTEND TIME to respond to amended complaint to September 16, 2005 filed by MBNA Corp., Richard K. Struthers, Bruce L. Hammonds, Kenneth A. Vecchione, John R. Cochran, III, Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, Charles C. Krulak. Reset Answer Deadlines: Bruce L. Hammonds answer due 9/16/2005; Kenneth A. Vecchione answer due 9/16/2005; Richard K. Struthers answer due 9/16/2005; John R. Cochran, III answer due 9/16/2005; Lance L. Weaver answer due 9/16/2005; MBNA Corp. answer due 9/16/2005; James H. Berick answer due 9/16/2005; Mary M. Boies answer due 9/16/2005; Charles C. Krulak answer due 9/16/2005; Benjamin R. Civiletti answer due 9/16/2005; William L. Jews answer due 9/16/2005; Randolph D. Lerner answer due 9/16/2005; Stuart L. Markowitz answer due 9/16/2005; William B. Milstead answer due 9/16/2005; Thomas G. Murdough answer due 9/16/2005; Michael G. Rhodes answer due 9/16/2005; John W. Scheflen answer due 9/16/2005; Laura S. Unger answer due 9/16/2005. Signed by Judge Gregory M. Sleet on 8/23/05. (asw ) (Entered: 08/24/2005) |
| 08/24/2005 | | SO ORDERED, re 27 MOTION for Pro Hac Vice Appearance of Attorney Jay B. Kasner filed by James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger, Thomas G. Murdough . Signed by Judge Gregory M. Sleet on 8/24/05. (asw ) (Entered: 08/24/2005) |
| 08/25/2005 | | SO ORDERED, re 28 Stipulation, filed by MBNA Corp., Richard K. Struthers, Bruce L. Hammonds,, Kenneth A. Vecchione, John R. Cochran, III, Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, Lemon Bay Partners LLP, James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger, Thomas G. Murdough, Charles C. Krulak, 11 Stipulation, filed by MBNA Corp., Richard K. Struthers, Bruce L. Hammonds, Kenneth A. Vecchione, Charles C. Krulak, John R. Cochran, III, Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, Donald F. Benoit, James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger, Thomas G. Murdough . Signed by Judge Gregory M. Sleet on 8/25/05. (asw ) (Entered: 08/25/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/26/2005 10:12:12 | | | |
| PACER Login: | sa0065 | Client Code: | 094780-00001 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00327-GMS Start date: 1/1/1970 End date: 8/26/2005 |

| Billable Pages: | 5 | Cost: | 0.40 |