**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

```
------------------------------------------------------ x
MALCOLM ROSENWALD,                                     :
                                                       :
                    Plaintiff,                         :
        v.                                             :
                                                       :
LAURA S. UNGER, BENJAMIN R.                            :
CIVILETTI, WILLIAM H. JEWS, JAMES                      :
H. BERICK, MARY H. BOIES, BRUCE L.                     :   Civil Action No. 05 CV 02296 CCB
HAMMONDS, RANDOLPH C. LERNER,                          :
STUART L. MARKOWITZ, WILLIAM H.                        :
MILSTEAD and THOMAS G.                                 :
MURDOUGH, JR.,                                         :
                                                       :
                    Defendants,                        :
                                                       :
MBNA CORPORATION,                                      :
                                                       :
                    Nominal Defendant.                 :
------------------------------------------------------ x
```

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Having read and considered Defendants' Unopposed Motion for an Extension of Time for Defendants to Respond to the Complaint, it is this ___ day of _____ 2005

ORDERED, that Defendants' Motion for Extension of Time to Respond to the Complaint is hereby GRANTED; and be it further

ORDERED, that Defendants have until September 26, 2005 to answer, move to dismiss or otherwise respond to Plaintiff's Complaint.

SO ORDERED,

_____
Judge Catherine C. Blake
United States District Judge