CLOSED

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02296-CCB
### Internal Use Only

Rosenwald v. Unger et al  
Assigned to: Judge Catherine C. Blake  
Cause: 28:1441 - Petition for Removal: Securities Fraud

Date Filed: 08/19/2005  
Jury Demand: Plaintiff  
Nature of Suit: 160 Stockholders Suits  
Jurisdiction: Federal Question

**Plaintiff**

**Malcolm Rosenwald**  
*Derivatively On Behalf of Nominal Defendant MBNA CORPORATION*

represented by **Marshall N Perkins**  
Charles J Piven PA  
The World Trade Center  
401 E Pratt St Ste 2525  
Baltimore, MD 21202  
14103320030  
Fax: 14106851300  
Email: perkins@pivenlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Charles J Piven**  
Charles J Piven PA  
The World Trade Center  
401 E Pratt St Ste 2525  
Baltimore, MD 21202  
14103320030  
Fax: 14106851300  
Email: piven@pivenlaw.com  
*ATTORNEY TO BE NOTICED*



RECEIVED SEP 21 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05  692

V.

**Defendant**

**Laura S. Unger**

represented by **Richard L Brusca**  
Skadden Arps Slate Meagher and Flom LLP  
1440 New York Ave NW Ste 900  
Washington, DC 20005  
12023717000  
Fax: 12023717911  
Email: rbrusca@skadden.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 9/19/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody  
FELICIA C. CANNON  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
By _____ Deputy

                                  **Troy Alfred Wiley Priest**
                                  Brown and Sheehan LLP
                                  The Tide Bldg Ste 300
                                  1010 Hull St
                                  Baltimore, MD 21230
                                  14102968500
                                  Fax: 14102961559
                                  Email: tpriest@brownsheehan.com
                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**Benjamin R. Civiletti**                    represented by  **Richard L Brusca**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Troy Alfred Wiley Priest**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**William H. Jews**                          represented by  **Richard L Brusca**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Troy Alfred Wiley Priest**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**James H. Berick**                        represented by  **Richard L Brusca**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Troy Alfred Wiley Priest**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**Mary H. Boies**                           represented by  **Richard L Brusca**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Troy Alfred Wiley Priest**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**Bruce L. Hammonds**        represented by    **Troy Alfred Wiley Priest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Randolph D. Lerner**        represented by    **Richard L Brusca**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Alfred Wiley Priest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Stuart L. Markowitz**        represented by    **Richard L Brusca**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Alfred Wiley Priest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**William H. Milstead**        represented by    **Richard L Brusca**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Alfred Wiley Priest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Thomas G. Murdough, Jr.**        represented by    **Richard L Brusca**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Alfred Wiley Priest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**MBNA Corporation**        represented by    **Troy Alfred Wiley Priest**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2005 | 1 | NOTICE OF REMOVAL by Bruce L. Hammonds from Circuit Court for Baltimore City, Maryland, case number 24-C-05-006704. (Filing fee $ 250 receipt number 14637003916), filed by Bruce L. Hammonds. (Attachments: # 1 Civil Cover Sheet)(ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 | 2 | Consent to Removal filed by Co-Defendant MBNA Corporation. (ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 | 3 | Consent to Removal filed by Co-Defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Jr. and Laura S. Unger. (ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 | 4 | COMPLAINT against William H. Jews, James H. Berick, Mary H. Boies, Bruce L. Hammonds, Randolph D. Lerner, Stuart L. Markowitz, William H. Milstead, Thomas G. Murdough, Jr, MBNA Corporation, Laura S. Unger, Benjamin R. Civiletti , filed by Malcolm Rosenwald.(ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 |  | Jury Trial Demand by Malcolm Rosenwald. (ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 | 5 | Summons Issued 30 days as to MBNA Corporation. (ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 | 6 | NOTICE of Filing of Notice of Removal by Defendant Bruce L. Hammonds (ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/19/2005 |  | The above pleadings 4 thru 6 are copies filed in the Circuit Court for Baltimore City, Maryland. (ljs, Deputy Clerk) (Entered: 08/23/2005) |
| 08/26/2005 | 7 | Joint MOTION to Transfer Case *1:05-cv-02296-CCB* by William H. Jews, James H. Berick, Mary H. Boies, Bruce L. Hammonds, Randolph D. Lerner, Stuart L. Markowitz, William H. Milstead, Thomas G. Murdough, Jr, MBNA Corporation, Laura S. Unger, Benjamin R. Civiletti. Responses due by 9/12/2005 (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order Staying Case# 3 Text of Proposed Order Proposed Order Transferring Case# 4 Affidavit Affidavit of Dezzie R. Cole# 5 Declaration of Troy Priest# 6 Exhibit Exhibit A Priest Declaration# 7 Exhibit Exhibit B Priest Declaration# 8 Exhibit Exhibit C Priest Declaration# 9 Exhibit Exhibit D Priest Declaration# 10 Exhibit Exhibit E Priest Declaration# 11 Exhibit Exhibit F Priest Declaration# 12 Exhibit Exhibit G Priest Declaration# 13 Exhibit Exhibit H Priest Declaration# 14 Exhibit Exhibit I Priest Declaration# 15 Exhibit Exhibit J Priest Declaration# 16 Exhibit Exhibit K Priest Declaration# 17 Exhibit Exhibit L Priest Declaration# 18 Exhibit |

| | | |
|---|---|---|
| | | Exhibit M Priest Declaration)(Priest, Troy) (Entered: 08/26/2005) |
| 08/29/2005 | 8 | MOTION for Extension of Time to File Response/Reply as to 4 Complaint, by William H. Jews, James H. Berick, Mary H. Boies, Bruce L. Hammonds, Randolph D. Lerner, Stuart L. Markowitz, William H. Milstead, Thomas G. Murdough, Jr, MBNA Corporation, Laura S. Unger, Benjamin R. Civiletti. Responses due by 9/15/2005 (Attachments: # 1 Text of Proposed Order [Proposed] Order Granting Defendants' Unopposed Motion For An Extension Of Time For Defendants To Respond To The Complaint)(Priest, Troy) (Entered: 08/29/2005) |
| 08/29/2005 | 9 | PAPERLESS ORDER granting 8 Unopposed Motion for Extension of Time to File Response to Complaint. Signed by Judge Catherine C. Blake on 8/29/05. (Blake, Catherine) (Entered: 08/29/2005) |
| 09/09/2005 | 10 | Correspondence re: Motion to Transfer (Attachments: # 1 Exhibit Order dated 8/29/06# 2 Exhibit Transcript Pt 1# 3 Exhibit Transcript Pt 2)(Priest, Troy) (Entered: 09/09/2005) |
| 09/12/2005 | 11 | STIPULATION re 7 Joint MOTION to Transfer Case *1:05-cv-02296-CCB - stipulation and proposed order, re: agreed-to briefing dates* - by Malcolm Rosenwald. (Perkins, Marshall) (Entered: 09/12/2005) |
| 09/13/2005 | 12 | PAPERLESS ORDER APPROVING 11 Briefing Stipulation and Proposed Order. Plaintiff's opposition to defendants' transfer/stay motion due September 19, 2005; defendants' reply due September 30, 2005, as agreed upon. Signed by Judge Catherine C. Blake on September 13, 2005. (Blake, Catherine) (Entered: 09/13/2005) |
| 09/16/2005 | 13 | STIPULATION re 10 Miscellaneous Correspondence *Order Transferring this Action to the District of Delaware* by William H. Jews, James H. Berick, Mary H. Boies, Bruce L. Hammonds, Randolph D. Lerner, Stuart L. Markowitz, William H. Milstead, Thomas G. Murdough, Jr, MBNA Corporation, Malcolm Rosenwald, Laura S. Unger, Benjamin R. Civiletti. (Priest, Troy) (Entered: 09/16/2005) |
| 09/19/2005 | 14 | PAPERLESS ORDER granting 7 Motion to Transfer Case to USDC District of Delaware. Per Judge Catherine C. Blake on 9/19/05. (eg, Deputy Clerk) (Entered: 09/19/2005) |
| 09/19/2005 | | ***Civil Case Terminated. (eg, Deputy Clerk) (Entered: 09/19/2005) |
| 09/19/2005 | 15 | Correspondence from Clerk re: Transfer of Case. (eg, Deputy Clerk) (Entered: 09/19/2005) |