**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/05

SCOTT KIMBALL, On behalf of himself and all others similarly situated,

                Plaintiff,

-v-

MBNA CORP., et al.,
                Defendants.

Case No. 05-CV-04725 (KMK)

ORDER

VIRGINIA McMATH, On behalf of herself and all others similarly situated,

                Plaintiff,

-v-

MBNA CORP., et al.,
                Defendants.

Case No. 05-CV-05168 (KMK)

KENNETH M. KARAS, District Judge:

Oral argument concerning Defendants' Motion to Consolidate the above-captioned cases and Transfer Venue was heard before this Court on August 29, 2005. For the reasons stated on the record, Defendants' motion is GRANTED. This case shall be transferred forthwith to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated:      August 29, 2005
              New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE