42

581kima

Trinko, I very much commend you on a noble effort to deal with, as I said, a very difficult set of facts and circumstances that I think under the state of the law do mandate transfer of this case. But it has been a pleasure.

    Is there anything else we can take up while we are here?

    MR. TRINKO: I appreciate your time.

    MR. PEPPERMAN: No, your Honor, I don't believe so.

    THE COURT: Again thanks to all for a well briefed submission and best of luck down in Delaware.

    (Proceedings adjourned)