UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MALCOLM ROSENWALD, *Derivatively*  \*
*On Behalf of Nominal Defendant*
MBNA CORPORATION, \*

    Plaintiff, \*     Civil Action No. 05 CV 02296 CCB

—*versus*— \*

LAURA S. UNGER, *et al.*, \*

    Defendants, \*

—*and*— \*

MBNA CORPORATION, \*     **JURY TRIAL DEMANDED**

    Nominal Defendant. \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## BRIEFING STIPULATION AND PROPOSED ORDER

The parties to the above-captioned proceeding, by and through undersigned counsel, come before this honorable Court to stipulate, and request the Court order, as follows:

1. On or about August 26, 2005, Defendants filed Defendants' Motion To Transfer This Action To The District Of Delaware Or, In The Alternative, To Stay This Action ("Defendants' Transfer / Stay Motion"), with accompanying memorandum of law and attachments.

2. Plaintiff shall have until on or before Monday, September 19, 2005 to file an opposition to Defendants' Transfer / Stay Motion.

3. Defendants shall have until on or before Friday, September 30, 2005 to file a Reply to Plaintiff's opposition to Defendants' Transfer/Stay Motion.

24301

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICES OF CHARLES J. PIVEN, P.A.** | **BROWN & SHEEHAN, LLP** |

*/s/ Marshall M. Perkins*

Charles J. Piven (Federal Bar No. 00967)
Marshall Perkins (Federal Bar No. 25514)
The World Trade Center—Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
Tel: (410) 332-0030
Fax: (410) 685-1300

*/s/ Troy A. Priest* / per mnp

Troy A. Priest (Federal Bar No. 12022)
The Tide Building
Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500

*Counsel for Nominal Defendant MBNA Corp. and Defendant Bruce L. Hammonds*

**BALLON STOLL BADER & NADLER, P.C.**

Irving Bizar
1450 Broadway – 14th Floor
New York, New York
Tel: (212) 575-7900
Fax: (212) 764-5060

*Counsel for Plaintiff*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Richard L. Brusca* / per mnp

Richard L. Brusca (Fed. Bar No. 22930)
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for Defendants Unger, Civiletti, Jews, Berick, Boies, Lerner, Markowitz, Milstead, and Murdough*

*It is SO ORDERED*, this _____ day of September, 2005,

_____
The Honorable Catherine C. Blake,
United States District Court Judge

24301

2