UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

| | |
|---|---|
| MALCOLM ROSENWALD, | : |
| Plaintiff, | : |
| v. | : |
| LAURA S. UNGER, BENJAMIN R. CIVILETTI, WILLIAM H. JEWS, JAMES H. BERICK, MARY H. BOIES, BRUCE L. HAMMONDS, RANDOLPH C. LERNER, STUART L. MARKOWITZ, WILLIAM H. MILSTEAD and THOMAS G. MURDOUGH, JR., | : Civil Action No. 05 CV 02296 CCB |
| Defendants, | : |
| MBNA CORPORATION, | : |
| Nominal Defendant. | : |

---

**STIPULATED ORDER TRANSFERRING**
**THIS ACTION TO THE DISTRICT OF DELAWARE**

Whereas on August 26, 2005 defendants moved, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for the District of Delaware where two other closely related derivative actions are pending;

Whereas plaintiff does not oppose that motion and hereby consents to transfer of this action to the District of Delaware; and

Whereas the parties agree that this action could have been brought in the District of Delaware which is where nominal defendant MBNA Corporation is headquartered;

It is hereby stipulated by the parties to this action, subject to Order of this Court, that this action is transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice.

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICES OF CHARLES J. PIVEN, P.A.** | **BROWN & SHEEHAN, LLP** |
| _____/s/_____ | _____/s/_____ |
| Charles J. Piven (Fed. Bar No. 00976) | Troy A. Priest (Fed. Bar No. 12002) |
| Marshall Perkins (Fed. Bar No. 25514) | The Tide Building |
| The World Trade Center—Baltimore | Suite 300 |
| Suite 2525 | 1010 Hull Street |
| 401 East Pratt Street | Baltimore, Maryland 21230 |
| Baltimore, Maryland 21202 | Tel: (410) 296 8500 |
| Tel: (410) 332-0020 | |
| | *Counsel for Nominal Defendant MBNA Corp. and Defendant Bruce L. Hammonds* |
| **BALLON STOLL BADER & NADLER, P.C.** | **SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP** |
| Irving Bizar | |
| 1450 Broadway—14th Floor | |
| New York, New York 10018 | |
| Tel: (212) 575 7900 | _____/s/_____ |
| | Richard L. Brusca (Fed. Bar No. 22930) |
| *Counsel for Plaintiff* | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005 |
| | Tel: (202) 371-7000 |
| | *Counsel for Defendants Unger, Civiletti, Jews, Berick, Boies, Lerner Markowitz, Milstead and Murdough* |

**It is SO ORDERED**, this _____ day of September, 2005

_____
The Honorable Catherine C. Blake
United States District Judge