# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk						Reply to Northern Division Address

September 19, 2005

U.S. District Court for the District of Delaware
Clerk's Office - Civil Division
J. Caleb Boggs Federal Building, Lockbox 18
844 North King Street
Wilmington, DE  19801-3570

Re: Rosenwald v. Unger et al
    Civil Action No.: CCB-05-2296

Dear Clerk:

[X]     On 9/19/05, a Paperless Order was entered transferring the above-captioned case to your Court. Enclosed is a certified copy of the docket entries. A login and password have been provided to allow access to our system.

[ ]     On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ]     Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

								Sincerely,

								Felicia C. Cannon, Clerk


					By:	    /s/
						Evaleen Gibbons, Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____					Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**