UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

MALCOLM ROSENWALD,

    Plaintiff,

v.

LAURA S. UNGER, BENJAMIN R.
CIVILETTI, WILLIAM H. JEWS, JAMES
H. BERICK, MARY H. BOIES, BRUCE L.
HAMMONDS, RANDOLPH C. LERNER,
STUART L. MARKOWITZ, WILLIAM H.
MILSTEAD and THOMAS G.
MURDOUGH, JR.,

    Defendants,

MBNA CORPORATION,

    Nominal Defendant.

---

Civil Action No. 05-692



FILED
OCT - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## [PROPOSED] ORDER

WHEREAS, the parties have conferred and agreed to extend by 30 days defendants' time to answer, move or otherwise respond to plaintiff's complaint in the above-captioned action,

I HEREBY ORDER that defendants shall have 30 days from the entry of this order to answer, move or otherwise respond to planitiff's complaint.

SO ORDERED,

_____
Judge Gregory M. Sleet
United States District Judge