# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6651
DIRECT FAX: 302-576-3319
rmorse@ycst.com

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 3, 2005

**BY HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    <u>Rosenwald v. MBNA Corp, et al.</u>, Case No. 1:05-cv-692-GMS

Dear Judge Sleet:

      In accordance with the Stipulated Order Consolidating Actions and Appointing Co-Lead Counsel in *Lemon Bay Partners* v. *Hammonds, et al.*, No. 1:05-cv-00327-GMS, and *Benoit* v. *Hammonds, et al.*, No. 1:05-cv-00361-GMS, entered by the Court on August 25, 2005, I write to inform the Court that the above-captioned state-law derivative action has been transferred to this Court from the United States District Court for the District of Maryland and assigned to Your Honor.

      By its terms, the August 25, 2005 Stipulated Order applies "to each shareholder derivative and state law based class action arising out of the same or substantially the same transactions or events as these cases [*Lemon Bay* and *Benoit*] that is subsequently filed in, removed to or transferred to this Court." Stipulated Order Consolidating Actions and Appointing Co-Lead Counsel, entered Aug. 25, 2005, ¶ 14. The above-captioned case is such a derivative action. Accordingly, this case is subject to the same schedule set forth in Paragraph 6 of the August 25, 2005 Stipulated Order.

      I previously sent Your Honor a letter dated September 26, 2005, together with a proposed order, relating to this action. Because this action is now subject to the schedule set forth in the

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
October 3, 2005
Page 2

August 25, 2005 Stipulated Order, the proposed order filed with the Court on September 26 is moot.

                                Respectfully yours,

                                Richard H. Morse    (No. 531)

RHM:mmeeh

cc:    Clerk of the Court (By E-filing)
        A. Zachary Naylor, Esquire (By Hand)
        Joseph N. Gielata, Esquire (By Hand)
        Irving Bizar, Esquire
        Brian Robbins, Esquire
        Laurence Paskowitz, Esquire
        Pamela S. Tikellis, Esquire
        Michael Birnbaum, Esquire (By E-mail)
        Richard C. Pepperman, II, Esquire (By E-mail)