IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------- X
MALCOLM ROSENWALD,                              :   Case No. 1:05-cv-00692-GMS
                                                :
        Plaintiff,                              :
                                                :
        v.                                      :
                                                :
LAURA S. UNGER, BENJAMIN R.                     :
CIVILETTI, WILLIAM H. JEWS,                     :
JAMES H. BERICK, MARY H.                        :
BOIES, BRUCE L. HAMMONS,                        :
RANDOLPH C. LERNER, STUART                      :
L. MARKOWITZ, AND THOMAS G.                     :
MURDOUCH, JR.,                                  :
                                                :
        Defendants,                             :
                                                :
MBNA CORPORATION,                               :
                                                :
        Nominal Defendant.                      :
------------------------------------------------- X

## NOTICE OF ENTRY OF APPEARANCE

TO:    Clerk, U.S. District Court        Richard H. Morse
        844 N. King Street               Young Conway Stargatt & Taylor
        Lockbox 18                      The Brandywine Building
        Wilmington, DE 19801           1000 West Street, 17th Floor
                                          P.O. Box 391
                                          Wilmington, DE 19899-0391

        PLEASE TAKE NOTICE that the law firm of Chimicles & Tikellis LLP, One Rodney Square, P.O. Box 1035, Wilmington, Delaware 19801 does hereby enter its appearance as local counsel on behalf of plaintiff, Malcolm Rosenwald.

Dated: October 7, 2005                                CHIMICLES & TIKELLIS, LLP

*[signature]*

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
302-656-2500
302-656-9053 (Fax)

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

Marshall N. Perkin
THE LAW OFFICES OF CHARLES J. PIVEN P.A.
The World Trade Center - Baltimore
401 E. Pratt Street 2525
Baltimore, MD 21202

Irving Bizar
BALLON STOLL BADER & NADLER, P.C.
1450 Broadway, 14th Floor
New York, NY 10018