## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 7th day of October, 2005, I caused copies of the foregoing Notice of Entry of Appearance to be served on the following counsel addressed as follows:

**E-FILING**
Richard H. Morse
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

_____
Robert R. Davis (No. 4536)