IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALCOLM ROSENWALD,<br><br>      Plaintiff,<br><br>    v.<br><br>LAURA S. UNGER, BENJAMIN R. CIVILETTI, WILLIAM H. JEWS, JAMES H. BERICK, MARY M. BOIES, BRUCE L. HAMMONDS, RANDOLPH D. LERNER, STUART L. MARKOWITZ, WILLIAM H. MILSTEAD and THOMAS G. MURDOUGH, JR.,<br><br>      Defendants,<br><br>MBNA Corporation,<br><br>      Nominal Defendant. | Case No. 1:05-cv-00692-GMS |

## NOTICE OF ENTRY OF APPEARANCE

TO:    Clerk, U.S. District Court  
844 N. King Street  
Lockbox 18  
Wilmington, DE 19801

Richard H. Morse  
Young Conaway Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391

Pamela S. Tikellis  
Chimicles & Tikellis, LLP  
One Rodney Square  
P.O. Box 1035  
Wilmington, DE 19899

    PLEASE TAKE NOTICE that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 does hereby enter its appearance as counsel on behalf of Defendants James H. Berick, Mary M. Boies,

1

Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger, and Thomas G. Murdough in this matter.

/s/ Edward P. Welch

Edward P. Welch (Del. Bar No. 671)
Edward B. Micheletti (Del. Bar No. 3794)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

*Attorneys for Defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger, and Thomas G. Murdough, Jr.*

OF COUNSEL:

Jay B. Kasner
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

DATED: October 21, 2005

2