UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MALCOLM ROSENWALD, | Case No. 1:05-cv-00692-GMS |
| Plaintiff, | |
| v. | |
| LAURA S. UNGER, BENJAMIN R. CIVILETTI, WILLIAM H. JEWS, JAMES H. BERICK, MARY H. BOIES, BRUCE L. HAMMONS, RANDOLPH C. LERNER, STUART L. MARKOWITZ, AND THOMAS G. MURDOUCH, JR., | |
| Defendants, | |
| MBNA CORPORATION, | |
| Nominal Defendant. | |

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Marshall N. Perkins of The Law Offices Of Charles J. Piven P.A., The World Trade Center – Baltimore, 401 E. Pratt Street 2525 Baltimore, MD 21202 to represent plaintiffs, in this action.

Dated: October 26, 2005

CHIMICLES & TIKELLIS LLP

*/s/ Robert Davis*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)

One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
Attorneys for Plaintiffs

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Court of Appeals of Maryland; the United States District Court for the District of Maryland; and the United States Court of Appeals for the Fourth Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: October **20**, 2005

_/s/ Marshall M. Perkins_
Marshall N. Perkins
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
Suite 2525
401 E. Pratt Street
Baltimore, MD 21202
(410) 332-0030

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MALCOLM ROSENWALD, | Case No. 1:05-cv-00692-GMS |
| Plaintiff, | |
| v. | |
| LAURA S. UNGER, BENJAMIN R. CIVILETTI, WILLIAM H. JEWS, JAMES H. BERICK, MARY H. BOIES, BRUCE L. HAMMONS, RANDOLPH C. LERNER, STUART L. MARKOWITZ, AND THOMAS G. MURDOUCH, JR., | |
| Defendants, | |
| MBNA CORPORATION, | |
| Nominal Defendant. | |

## **ORDER**

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Marshall N. Perkins of The Law Offices Of Charles J. Piven P.A., The World Trade Center – Baltimore, 401 E. Pratt Street 2525 Baltimore, MD 21202 to represent the plaintiffs in this matter is hereby GRANTED.

Dated: _____, 2005

_____
United States District Judge