CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 26th day of October, 2005, I

caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and

Certification to be served on defendants' counsel in the manner indicated below.

**BY E-FILING**
Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**BY E-FILING**
Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

_____
Robert R. Davis(#4536)