UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MALCOLM ROSENWALD, | Case No. 1:05-cv-00692-GMS |
| Plaintiff, | |
| v. | |
| LAURA S. UNGER, BENJAMIN R. CIVILETTI, WILLIAM H. JEWS, JAMES H. BERICK, MARY H. BOIES, BRUCE L. HAMMONS, RANDOLPH C. LERNER, STUART L. MARKOWITZ, AND THOMAS G. MURDOUCH, JR., | |
| Defendants, | |
| MBNA CORPORATION, | |
| Nominal Defendant. | |

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Irving Bizar of Ballon Stoll Bader & Nadler, P.C., 1450 Broadway, 14th Floor, New York, NY 10018 to represent plaintiffs, in this action.

Dated: October 27, 2005

CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York, the United States Supreme Court, the United States Courts of Appeals for the Second and Third Circuits; and the United States District Courts of the Southern and Eastern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 27, 2005

_____
Irving Bizar, Esq.

BALLON STOLL BADER & NADLER, P.C.
1450 Broadway – 14th Floor
New York, New York
T: (212) 575-7900
F: (212) 764-5060

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MALCOLM ROSENWALD, | Case No. 1:05-cv-00692-GMS |
| Plaintiff, | |
| v. | |
| LAURA S. UNGER, BENJAMIN R. CIVILETTI, WILLIAM H. JEWS, JAMES H. BERICK, MARY H. BOIES, BRUCE L. HAMMONS, RANDOLPH C. LERNER, STUART L. MARKOWITZ, AND THOMAS G. MURDOUCH, JR., | |
| Defendants, | |
| MBNA CORPORATION, | |
| Nominal Defendant. | |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission <u>pro hac vice</u> of Irving Bizar of Ballon Stoll Bader & Nadler, P.C., 1450 Broadway, 14th Floor, New York, NY 10018 to represent the plaintiffs in this matter is hereby GRANTED.

Dated: _____, 2005

_____
United States District Judge